# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                           **Case No. 6:08-cr-228-Orl-28KRS**

**YAHAIRA CORDERO-GONZALEZ**

## ORDER

This cause is before the Court on Defendant Cordero-Gonzalez's MOTION TO DISMISS INDICTMENT AND ALTERNATIVE REQUEST FOR BILL OF PARTICULARS (Doc. No. 34) filed November 21, 2008. The United States Magistrate Judge has submitted a report recommending that the Motion be **DENIED**.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 11, 2008 (Doc. No. 52) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Cordero-Gonzalez's Motion to Dismiss Indictment and Alternative Request for Bill of Particulars (Doc. No. 34) is **DENIED**.

**DONE and ORDERED** in Chambers, Orlando, Florida this __12__ day of January, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Pretrial Services
United State Probation Office
U.S. Marshal
Counsel for Defendant
Defendant